84 A.3d 699

The BABCOCK & WILCOX COMPANY and B
& W Nuclear Environmental Services, Inc.

v.

AMERICAN NUCLEAR INSURERS and Mutual Atomic
Energy Liability Underwriters and Other Interested
Party: Atlantic Richfield Company.

American Nuclear Insurers and Mutual Atomic
Energy Liability Underwriters

v.

The Babcock & Wilcox Company and B & W
Nuclear Environmental Services, Inc.,
and Atlantic Richfield Company.

Petition of Babcock & Wilcox Power Generation Group, Inc.
(f/k/a the Babcock & Wilcox Company) and Babcock & Wilcox
Technical Services Group, Inc. (f/k/a B & W Nuclear Environ-
mental Services, Inc.), and Atlantic Richfield Company.

Supreme Court of Pennsylvania.

Jan. 24, 2014.

## ORDER

PER CURIAM.

AND NOW, this 24th day of January 2014, the Petition for
Allowance of Appeal is **GRANTED LIMITED TO** the issue
set forth below. Allocatur is **DENIED** as to all remaining
issues. The issue, as stated by petitioner is:

(1) Does a policy holder forfeit its right to insurance cover-
age by settling an underlying and covered claim without
its insurer's consent, where the insurer is defending
subject to a reservation of rights to disclaim coverage,
the settlement is at arm's length, is fair and is reason-

able, and the insurer has failed to offer any amounts in settlement?